(b)(1)(A),MAG,LC1

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:17–cv–00750–JNP–BCW

| | |
|---|---|
| C. v. Blue Cross Blue Shield of Idaho | Date Filed: 07/06/2017 |
| Assigned to: Judge Jill N. Parrish | Jury Demand: None |
| Referred to: Magistrate Judge Brooke C. Wells | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Jurisdiction: Federal Question |

**Plaintiff**

**Jacob C.**     represented by   **Brian S. King**
336 S 300 E STE 200
SALT LAKE CITY, UT 84111
(801)532–1739
Email: brian@briansking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blue Cross Blue Shield of Idaho**
*TERMINATED: 08/09/2017*

**Defendant**

**Blue Cross of Idaho Health Service**
*doing business as*
Blue Cross of Idaho

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2017 | Ï 1 | Case has been indexed and assigned to Judge Jill N. Parrish. Plaintiff Jacob C. is directed to E–File the Complaint  and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 400.00 by the end of the business day. NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system. Civil Summons may be issued electronically. Prepare the summons using the courts PDF version and email it to utdecf_clerk@utd.uscourts.gov for issuance. (tlh) (Entered: 07/06/2017) |
| 07/06/2017 | Ï 2 | COMPLAINT against Blue Cross Blue Shield of Idaho (Filing fee $ 400, receipt number 1088–2792173) filed by Jacob C.. (Attachments: # 1 Civil Cover Sheet civil cover sheet) Assigned to Judge Jill N. Parrish (King, Brian) (Entered: 07/06/2017) |
| 08/09/2017 | Ï 3 | AMENDED COMPLAINT against Blue Cross Blue Shield of Idaho. *New Defendants: Blue Cross of Idaho Health Service, Inc. dba Blue Cross of Idaho.* Removed Defendants: Blue Cross Blue Shield of Idaho. filed by Jacob C.. (King, Brian) (Entered: 08/09/2017) |
| 08/10/2017 | Ï 4 | CIVIL STANDING ORDER. Signed by Judge Jill N. Parrish on 8/10/17. (ss) (Entered: 08/10/2017) |
| 08/11/2017 | Ï 5 | |

| | | |
|---|---|---|
| | | ORDER REFERRING CASE to Magistrate Judge Brooke C. Wells under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. No attached document. Signed by Magistrate Judge Brooke C. Wells on 8/11/17. (jlw) (Entered: 08/11/2017) |
| 07/11/2018 | Ï 6 | MOTION to Change Venue filed by Plaintiff Jacob C.. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(King, Brian) (Entered: 07/11/2018) |
| 07/12/2018 | Ï 7 | ORDER granting 6 Motion to Change Venue. It is ORDERED that this matter shall be transferred to the United States District Court for the District of Idaho. Signed by Judge Jill N. Parrish on 7/12/2018. (jds) (Entered: 07/12/2018) |